No. 83–997. TRANS WORLD AIRLINES, INC. *v.* THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 465 U. S. 1065]; and

No. 83–1325. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, 466 U. S. 926.] Motion of Chamber of Commerce of the United States of America for leave to file a brief as *amicus curiae* granted.

No. 83–1013. CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 83–1373. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 466 U. S. 957.] Motion of the parties to dispense with printing the joint appendix granted.

No. 83–1158. ESTATE OF THORNTON ET AL. *v.* CALDOR, INC. Sup. Ct. Conn. [Certiorari granted, 465 U. S. 1078.] Motions of Anti-Defamation League of B'nai B'rith, Seventh-Day Adventist Church, and Americans United for Separation of Church and State for leave to file briefs as *amici curiae* granted.

No. 83–1307. UNITED STATES *v.* POWELL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1203.] Motion for appointment of counsel granted, and it is ordered that John J. Cleary, Esquire, of San Diego, Cal., be appointed to serve as counsel for respondent in this case.

No. 83–5424. AKE *v.* OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, 465 U. S. 1099.] Motions of New Jersey Department of the Public Advocate, American Psychiatric Association, and American Psychological Association et al. for leave to file briefs as *amici curiae* granted.